# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158852(71)
158856(69)

DETROIT ALLIANCE AGAINST THE RAIN
TAX, DETROIT IRON & METAL COMPANY,
AMERICAN IRON & METAL COMPANY,
MCNICHOLS SCRAP IRON & METAL
COMPANY, MONIER KHALIL LIVING
TRUST, and BAGLEY PROPERTIES, LLC,
       Plaintiffs-Appellants,

v

CITY OF DETROIT, DETROIT WATER AND
SEWAGE DEPARTMENT, and DETROIT
BOARD OF WATER COMMISSIONERS,
       Defendants-Appellees.

SC: 158852
COA: 339176

_____

NICOLA BINNS, JAYNE CARVER, SUSAN
MCDONALD, GOAT YARD, LLC, and END
OF THE ROAD MINISTRIES, LLC,
       Plaintiffs-Appellants,

v

CITY OF DETROIT, CITY OF DETROIT WATER
AND SEWAGE DEPARTMENT, DETROIT
BOARD OF WATER COMMISSIONERS, and
GREAT LAKES WATER AUTHORITY,
       Defendants-Appellees.

SC: 158856
COA: 337609

_____/

      On order of the Chief Justice, the motion of Trappers Properties *et al.* to participate as amicus curiae and to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted within 21 days of the date of this order.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2019



Clerk